# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KNIGHT SPECIALTY INSURANCE COMPANY, | No. 4:24-CV-00465 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INSA, INC., | |
| Defendant. | |
| INSA, INC., | |
| Third Party Plaintiff, | |
| v. | |
| QUADSCORE INSURANCE SERVICES, | |
| Third Party Defendant. | |

## ORDER

### MAY 20, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Insa, Inc.'s Motion to Compel (Doc. 30) is **DENIED IN PART** as to the following:

    a. Requests for Admission Numbers 1, 2, 3, 4, and 5;

    b. Requests for Production Numbers 13, 14, 15, 16, 20, and 22;

2. Knight Specialty Insurance Company and Insa, Inc. shall file a stipulated confidentiality agreement no later than May 30, 2025. If the parties cannot agree to a confidentiality agreement, a letter to that effect shall be filed no later than May 30, 2025;

3. Knight Specialty Insurance Company shall file with the Court for *in camera* review the documents responsive to Requests for Production Numbers 8 and 23, along with the associated privilege logs, no later than May 30, 2025; and

4. The Court reserves judgment on the remainder of Insa, Inc.'s Motion to Compel (Doc. 30).

                                                 BY THE COURT:

                                                 *s/ Matthew W. Brann*
                                                 Matthew W. Brann
                                                 Chief United States District Judge