IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>INSA, INC.,<br><br>    Defendant. | No. 4:24-CV-00465<br><br>(Chief Judge Brann) |
| INSA, INC.,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>QUADSCORE INSURANCE SERVICES,<br><br>    Third Party Defendant. | |

## ORDER

### JULY 25, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The remaining aspects of Insa, Inc.'s Motion to Compel (Doc. 30) are **GRANTED IN PART** and **DENIED IN PART**:

    a. Knight Specialty Insurance Company shall disclose the following redacted information to Insa, Inc.:

  i.  The redaction in the October 5, 2023 Claim Note on Bates No. 6;

  ii.  The first redaction in the October 20, 2023 Claim Note on Bates No. 12;

  iii.  The redacted portion of the October 25, 2023 Claim Note on Bates No. 13; and

  iv.  The redaction concerning the fee structure on Bates Nos. 2149 and 2247;

b. The remaining aspects of Insa, Inc.'s Motion to Compel (Doc. 30) are **OTHERWISE DENIED**.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        Chief United States District Judge